**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Level 12 Productions, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TGP Communications LLC,<br><br>        Defendant. | Case No: 4:25-cv-00308-HEA<br><br><br>**Stipulation and Joint Motion to Extend Case Management Order Deadlines** |

Plaintiff Level 12 Productions, LLC ("Plaintiff") and Defendant TGP Communications LLC ("Defendant"), by and through their respective undersigned counsel, hereby jointly move this Court for an order extending the deadline for filing dispositive motions from July 1, 2026 (ECF Doc. No. 29) to twenty-eight (28) days after this Court issues a ruling on all outstanding discovery motions (ECF Doc. Nos. 30-36).

The parties stipulate and agree that good cause exists for the requested extension to enable (i) the parties to fully brief the outstanding discovery motions, (ii) the Court to rule on the outstanding discovery motions, (iii) the parties to exchange any discovery ordered by the Court, and (iv) the parties to incorporate any such discovery into their respective dispositive motions. The parties further stipulate and agree that this request is made in good faith and not for purposes of undue delay.

For at least the foregoing reasons, the parties respectfully request that the Court grant the parties' joint motion to extend the deadline for filing of dispositive motions from July 1, 2026 (ECF Doc. No. 29) to twenty-eight (28) days after this Court issues a ruling on all outstanding discovery motions (ECF Doc. Nos. 30-36).

SO STIPULATED AND AGREED:


/s/ *Renee Jennifer Aragona*___          /s/ *Michael James Harris*___

Renee Jennifer Aragona               Michael James Harris
**SANDERS LAW GROUP**                **LAW OFFICE OF MICHAEL J. HARRIS**
333 Earle Ovington Boulevard         43 W. 43rd Street
Suite 402                            Suite 148
Uniondale, NY 11553                  New York, NY 10036
(516) 203-7600                       (203) 231-7490
Email: raragona@sanderslaw.group     Email: michael.j.harris56@gmail.com


*Counsel for Plaintiff*              *Counsel for Defendant*


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 30, 2026, I caused the foregoing document to be filed with

the Clerk of the Court using the CM/ECF system.

/s/ *Michael J. Harris*
Michael J. Harris

2